Vermont Superior Court
Environmental Division

=========================================================================
E N T R Y   R E G A R D I N G   M O T I O N
=========================================================================

Chaves Londonderry Gravel Pit A250 Permit      Docket No. 60-4-11 Vtec
Project:     Chaves Londonderry Gravel Pit, LLC
Applicant:   David Chaves
Act 250 District Commission Dec


Title: Motion (Renewed) to Continue Trial, No. 11

Filed:     March 7, 2012

Filed By: Hans Huessy, Atty. for: Interested Persons Kraig & Doreena Hart

___ Granted          X Denied          ___ Other

The Court sympathizes with Mr. & Mrs. Hart as they care for a dear family member, but we must also take into consideration the impact of a further trial delay on others inside and out of this litigation.

We have also discovered that, due to other trial commitments for the undersigned, as well as availability of a courtroom in New Jane or Berlin, that a continued trial is unlikely to be scheduled before mid-June. For these reasons, we must DENY further continuation.

_____              3.7.2012.
        Judge                              Date

=========================================================================
Date copies sent to: _____      Clerk's Initials _____
Copies sent to:
Attorney C. Daniel Hershenson for Appellant David Chaves
Attorney C. Daniel Hershenson for Appellant Chaves Londonderry Gravel Pit
Attorney Hans Huessy for Interested Person Kraig & Doreena Hart
Attorney David Grayck for Cross Appellant Riverside Farm
Cross Appellant Nancy Kemper
Interested Person Angelique Jarvis
Interested Person David A. Jarvis
Interested Person David M. Rathburn
For Informational Purposes Only Natural Resources Board
For Informational Purposes Only Agency of Natural Resources